UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **ANTHONY GLENN ALEXANDER,**<br><br>Plaintiff,<br><br>vs.<br><br>**CHRISTIE PALMER, ET AL.,**<br><br>Defendants. | 2:20-CV-11841-TGB-RSW |

## JUDGMENT

In accordance with the Opinion and Order issued on this date, it is **ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss (ECF No. 7) is **GRANTED**. The case is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan:  March 31, 2021

                                              DAVID J. WEAVER
                                              CLERK OF THE COURT

                                              s/A. Chubb
                                              Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE